IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARGARET DOWNIE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of | : | NO. 14-1631 |
| Social Security | : | |

ORDER

AND NOW, this 23rd day of March, 2015, upon consideration of plaintiff's counseled Brief and Statement of issues (docket entry # 8), defendant's response to request for review (docket entry # 14), the Honorable Thomas J. Rueter's report and recommendation (docket entry # 16), to which neither party filed an objection within the period specified by Loc. R. Civ. P. 72.1 IV (b), and the Court agreeing with Judge Perkin that plaintiff's request for remand should be denied, it is hereby ORDERED that:

1. The Clerk of Court shall TRANSFER this matter from our Civil Suspense docket to our Active Docket;

2. Judge Rueter's report and recommendation is APPROVED and ADOPTED;

3. Plaintiff's request for review is DENIED; and

4. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

/s/ Stewart Dalzell, J.